IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEAN S. HARWOOD,
  et al.,

  Plaintiffs,

vs.

Case No. C2-05-828
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

AVAYA INC.,

  Defendant.

## ORDER

Defendant Avaya Inc.'s Motion to Stay is **GRANTED**, and any proceeding to enforce the final judgment is **STAYED**, subject to the posting of a supersedeas bond for the amount of the total judgment, $622,056, by close of business on Friday, August 31, 2007.

**IT IS SO ORDERED.**

8-29-2007
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE